UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 14-07864 |
| --- | --- | --- |
| ANTHONY R. MAITLAND and EVA G. MAITLAND | ) ) ) ) ) ) | Chapter: 13<br><br>Honorable Bruce W. Black<br><br>Joliet |
| Debtor(s) | ) | |

**ORDER VALUING CLAIM OF WELLS FARGO., AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FFA, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES-FFA AND/OR BANK OF AMERICA, N.A.**

On June 11, 2014, the debtor(s) filed a motion to value the claim of WELLS FARGO., AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FFA, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES-FFA AND/OR BANK OF AMERICA, N.A. (the "creditor") secured by a lien against the property commonly known as 1420 Spring Oaks Drive, Joliet, Illinois 60431 (address) with real estate tax pin number 06-05-101-041 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its Second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the Second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a)

Enter: /s/ Bruce W. Black

Honorable Bruce W. Black

United States Bankruptcy Judge

Dated: July 11, 2014

**Prepared by:**

PAUL M. BACH
SULAIMAN LAW GROUP, LTD
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE:  (630) 575-8181
FAX:     (630) 575-8188
ATTORNEY NO: 6209530